**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 24-11062

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

RAUL CARBAJAL,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cr-00116-SDM-SPF-1

_____

Before JILL PRYOR, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

Thomas Burns, appointed counsel for Raul Carbajal, has filed a motion to withdraw on appeal, supported by a brief prepared under *Anders v. California*, 386 U.S. 738 (1967). Our

2                          Opinion of the Court                    24-11062

independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Carbajal's convictions and sentences are AFFIRMED.